### BEFORE THE FIRST DIVISION, JUNE 8, 1966

**No. P66/78.**—Hudson Shipping Co., Inc. *v.* United States, protest 325852–K(B) (New York).

**No. P66/79.**—Kurt S. Adler, Inc. *v.* United States, protest 65/5399 (New York).

**No. P66/80.**—Souvenirs, Inc. *v.* United States, protest 65/7994 (New York).

**No. P66/81.**—Paul E. Sernau, Inc. *v.* United States, protests 65/11332 and 65/11749 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plastic paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488), the claim of the plaintiffs was sustained.

**No. P66/82.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 62/10774, etc. (New York).

**No. P66/83.**—Irving Raincoat Co., Inc. *v.* United States, protests 64/2017, etc. (New York).

**No. P66/84.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 64/3504, etc. (Seattle.)

**No. P66/85.**—Nichimen Co., Inc., et al. *v.* United States, protests 64/14672, etc. (New York).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.